IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| GARY BAINUM, et. al., : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:03cv926 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| BAKERY, CONFECTIONARY, TOBACCO : | |
| WORKERS AND GRAIN MILLERS : | |
| INTERNATIONAL UNION, et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Hogan. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on February 23, 2007 Report and Recommendations (Doc. 71).  Subsequently, the plaintiffs filed objections to such Report and Recommendations (Doc. 75) and defendants filed responses to the objections (Docs. 78 and 79).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, Defendants' Motions for Summary Judgment (Docs. 44 and 47) are **GRANTED** and Plaintiff's Motion for Summary Judgment (Doc. 48) is **DENIED.**  This case is hereby **TERMINATED** from the docket of this Court.

IT IS SO ORDERED.

<u>Susan J. Dlott</u>
Susan J. Dlott
United States District Judge
